UNITED STATES DISTRICT COURT
for the
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALAN WILENSKY,<br>    Plaintiff | )<br>)<br>)    Civil Action No. |
| V. | )<br>) |
| DANIEL WILENSKY,<br>    Defendant | )<br>)<br>) |

PLAINTIFF'S COMPLAINT AND DEMAND FOR TRIAL

NOW COMES the Plaintiff in the above-entitled matter, and states as follows:

General Factual Allegations

1. The Plaintiff is a resident of Salem, Massachusetts.

2. The Defendant is a resident of Marblehead, Massachusetts.

3. On August 19, 2009, the Defendant operated the M/Y ENCOMPASSED.

4. On August 19, 2009, the Defendant controlled the M/Y ENCOMPASSED.

5. On August 19, 2009, the Plaintiff was lawfully aboard the M/Y ENCOMPASSED.

6. On August 19, 2009, the M/Y ENCOMPASSED was in navigable waters.

7. On August 19, 2009, while aboard the M/Y ENCOMPASSED, the Plaintiff sustained personal injuries.

8. Prior to and at the time he sustained the above-mentioned personal injuries, the Plaintiff was exercising due care.

Jurisdiction

9. This Court has subject matter jurisdiction over this matter pursuant to 28 U.S.C. §1331 and 28 U.S.C. §1333.

10. This is an admiralty claim within the meaning of Fed.R.Civ.P. 9(h).

## COUNT I

### (GENERAL MARITIME LAW NEGLIGENCE)

11. The Plaintiff reiterates the allegations set forth in paragraphs 1 through 10 above.

12. The personal injuries sustained by the Plaintiff were not caused by any fault on his part, but were caused by the negligence of the Defendant.

13. As a result of said injuries, the Plaintiff has suffered pain of body and anguish of mind, lost time from his usual work and pursuits, incurred medical expenses, and has sustained and will sustain other damages as will be shown at trial.

14. This cause of action is brought under the General Maritime Law.

WHEREFORE, the Plaintiff demands judgment against the Defendant in the amount of $1,000,000.00, together with interest and costs.

Respectfully submitted for
the Plaintiff, by his attorney,

/s/ David J. Berg\_\_\_\_\_
David J. Berg, Esq.
Latti & Anderson LLP
30-31 Union Wharf
Boston, MA 02109
617-523-1000

Dated: October 26, 2010